### UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>WANDA CALVERLEY FERGUSON ,<br>      DEBTOR. | CHAPTER 13<br>CASE NO.: 21-50597 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| NATIONSTAR MORTGAGE LLC<br>                MOVANT,<br>V.<br><br>WANDA CALVERLEY FERGUSON,<br>      DEBTOR,<br>AND<br>KEVIN E. FERGUSON,<br>      CODEBTOR,<br>AND<br>HERBERT L. BESKIN,<br>      TRUSTEE.<br>              RESPONDENTS. | FILED PURSUANT TO 11 U.S.C<br>SECTION 362 AND 1301(c)(3) |

### **NOTICE OF MOTION AND HEARING THEREON**

NATIONSTAR MORTGAGE LLC, has filed papers with the Court to lift the Stay of 11 U.S.C. Section 362(a) and 1301 on the property located at 508 Lee Jackson Highway, Staunton, Virginia 24401.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before the date set forth in the Court's pre-hearing Order on this Motion, you or your attorney must:

File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

>United States Bankruptcy Court
>**Western** District of Virginia
>116 N. Main St.
>Harrisonburg, VA 22802

You must also send a copy to:

>Brandon R Jordan
>Robertson Anschutz, Schneid, Crane & Partners, PLLC
>11900 Parklawn Drive, Suite 310
>Rockville, MD 20852

And to:
>Herbert L Beskin
>123 East Main St., Ste. 310
>Charlottesville, VA 22902

Attend the hearing scheduled for **September 22, 2022 at 9:30 A.M.** to be held via videoconference.

This hearing will take place remotely through Zoom on the date and time scheduled herein. To obtain a Zoom Meeting ID number for the above dates, please email VAWBml_Connelly_Scheduling@vawb.uscourts.gov.

If you or your attorney do not take these steps, **the Court may decide you do not oppose the relief sought in the Motion and may enter an Order Granting that Relief without holding a hearing.**

Date: August 10, 2022                    **/s/ BRANDON R. JORDAN**

>Brandon R. Jordan
>Virginia Bar # 72170
>Robertson Anschutz, Schneid, Crane & Partners, PLLC
>11900 Parklawn Drive
>Suite 310
>Rockville, MD 20852
>Telephone: 844-442-2150
>Fax: 240-238-2767
>Email: bjordan@raslg.com
>*Counsel for Movant*

**MOTION SEEKING RELIEF FROM STAY AND CODEBTOR STAY**

Comes now NATIONSTAR MORTGAGE LLC (the "Movant"), a secured creditor, by Counsel, and moves this Honorable United States Bankruptcy Court for Relief from the Stay imposed by 11 U.S.C. Sections 362(a) and 1301, and in support thereof, states as follows:

1. This Motion is filed pursuant to 11 U.S.C. Section 362(d) and 1301(c)(3) and Rules 4001 and 9014 of the Bankruptcy Rules, as hereinafter shall more fully appear.

2. The Movant is a secured creditor of the Debtor and Codebtor whose claim is based upon a certain Note dated April 5, 2007 in the principal amount of $115,267.24 and executed by Wanda Jean Ferguson ("Debtor") and Kevin E. Ferguson ("Codebtor"). The total amount due under said Note as of July 12, 2022 was approximately $119,037.25, including the unpaid principal balance of $91,521.25 interest of $2,881.04 at the Note rate, plus any applicable late charges and attorney's fees and costs. A copy of an estimated payoff statement is attached hereto, marked as Exhibit A, as is a copy of the said Note, marked as Exhibit B. Repayment of said Note is secured by that certain Deed of Trust dated April 5, 2007 and recorded among the land records of Augusta County, Virginia, which property has the address of 508 Lee Jackson Highway, Staunton, Virginia 24401 and which is more particularly described in the Deed of Trust as:

_____
Brandon R. Jordan
 Virginia Bar# 72170
Robertson Anschutz, Schneid, Crane &
Partners, PLLC
11900 Parklawn Drive
Suite 310
Rockville, MD 20852
bjordan@raslg.com
*Counsel to Movant*

> ALL THAT CERTAIN PARCEL OF LAND IN BEVERLEY MANOR DISTRICT, AUGUSTA COUNTY, COMMONWEALTH OF VA, AS MORE FULLY PG 0140 DESCRIBED IN BOOK 782 PAGE 631 ▇▇▇▇▇ BEING KNOWN AND DESIGNATED AS PARCEL C PLAT SHOWING DIVISION OF LOTS 3 AND 4 LA PORTE LANDS, FILED IN DEED BOOK 577 AT PAGE 93. BY HIGGS AND SHUMATE, ENGINEERS AND SURVEYORS, DATED AUGUST 18, 1971 AND TOGETHER WITH A 20-FOOT RIGHT-OF-WAY ACROSS PARCEL B SHOWN AND DESCRIBED ON THE SAID PLAT TO ROUTE 11.

A copy of said Deed of Trust and Assignment of Deed of Trust are attached hereto, marked as Exhibit C, and expressly made a part hereof.

3. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

4. On December 8, 2021, Wanda Calverley Ferguson filed a Chapter 13 bankruptcy petition in the United States Bankruptcy Court for the Western District of Virginia as Case No. 21-50597.

5. The Debtor and Codebtor have failed to make post-petition payments to the Movant, and are therefore in default, post-petition as of July 12, 2022, as follows:

| | |
|---|---|
| 4 regular monthly payments @ $815.04 each    $3,260.16<br>March 20, 2022-June 20, 2022 | |
| Estimated attorney's fees ($850.00) and costs ($188.00) for representation in this proceeding | $1,038.00 |
| (Suspense- $30.78)<br>**TOTAL  $4,267.38** | |

A copy of the post-petition payment history is attached hereto, marked as Exhibit D, and expressly made a part hereof.

6. By reason of the foregoing, the Movant lacks adequate protection for its security interest and is, and continues to be, irreparably harmed by the continuation of stay of 11 U.S.C. Section 362(a) and 1301(c)(3) and that therefore cause exists for the termination thereof.

7. The Augusta County tax assessment shows that the subject property has a current value of $123,600.00, which indicates that in the event of a forced sale, there would not be any excess equity after the payment of the administrative costs of sale, the liens on the property, any exemptions of the Debtor and any co-obligor share, for the benefit of the other creditors of the estate. Therefore, cause exists for the lifting of the automatic stay of 11 U.S.C. Section 362(a) and the Codebtor stay of 11 U.S.C. § 1301. A copy of the tax assessment is attached hereto, marked as Exhibit E, and expressly made a part hereof.

8. Upon entry of an Order terminating the stay of 11 U.S.C. Section 362(a) and 1301, the Movant should be free to take such actions with respect to the subject property as are set forth under applicable non-bankruptcy law (i.e. modification, short sale and other loss mitigation options), and should be relieved from any further filing requirements pursuant to Fed. R. Bankr. P. 3002.1(b)-(c).

**WHEREFORE**, Secured Creditor prays this Honorable Court will enter an order modifying the automatic stay pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301(c)(3) so that the undersigned may proceed to enforce its security interest in the subject property by: (i) instituting or continuing foreclosure proceedings against the subject property in state court, (ii) allowing the successful purchaser at the foreclosure sale to obtain possession of the subject property, (iii) allowing it to take such other actions with respect to the subject property as are set forth under applicable non-bankruptcy law, (iv) relieving

it from any further filing requirements pursuant to Fed. R. Bankr. P. 3002.1(b)-(c) if the stay is ultimately and unconditionally lifted or terminated, and (v) that the Order be binding and effective upon the Debtor despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

## NOTICE OF INTENT TO SUBMIT BUSINESS RECORDS

The Movant will submit business records as evidence at any scheduled hearing, as allowed under Fed. R. Bankr. P. 9017 and FRE 902(11). These business records and the declaration of their maintenance as business records are available for inspection by the adverse party upon demand.

## NOTICE

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not wish the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within the time set forth by the Court in the pre-hearing Order on this motion, you must file a written response explaining your position with the Court and serve a copy on the movant. Unless a written response is filed and served within this period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

**If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of this period.**

Date: August 10, 2022

**/s/ BRANDON R. JORDAN**
Brandon R. Jordan, Esquire
VA Bar No. 72170
Robertson Anschutz, Schneid, Crane
& Partners, PLLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852
Telephone: 844-442-2150
Email: bjordan@raslg.com

## CERTIFICATE OF SERVICE

I certify that on August 10, 2022, a true copy of the foregoing Motion Seeking Relief from Stay and Codebtor Stay was served upon all necessary parties by electronic mail or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Via U.S. Mail:

Wanda Calverley Ferguson
508 Lee Highway
Staunton, VA 24401

Kevin E. Ferguson
508 Lee Highway
Staunton, VA 24401

Via CM/ECF:

Herbert L Beskin
123 East Main St., Ste. 310
Charlottesville, VA 22902

US Trustee
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011

William Harville
327 W. Main St., #3
Charlottesville, VA 22903

/s/ BRANDON R. JORDAN
Brandon R. Jordan, Esquire
Telephone: 844-442-2150
Email: bjordan@raslg.com
*Counsel for Movant*