2100 B (12/15)

# United States Bankruptcy Court

Western District of Virginia
Case No. 21-50597
Chapter 13

In re: Debtor(s) (including Name and Address)

Wanda Calverley Ferguson
508 Lee Highway
Staunton VA 24401

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/22/2022.

Name and Address of Alleged Transferor(s):

Claim No. 5: RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas  TX 75261-9741

Name and Address of Transferee:

RightPath Servicing
ATTN: Bankruptcy Dept.
PO Box 619096
Dallas  TX  75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/25/22

James W. Reynolds
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Virginia

| | |
|---|---|
| In re: | Case No. 21-50597-rbc |
| Wanda Calverley Ferguson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0423-5 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 23, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5098187 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 23 2022 20:36:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandon R. Jordan | on behalf of Creditor Nationstar Mortgage LLC bjordan@raslg.com rascrane@ecf.courtdrive.com |
| Herbert L Beskin(82) | hbeskin@cvillech13.net bss@cvillech13.net |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |
| William Harville | on behalf of Debtor Wanda Calverley Ferguson harvillebk@gmail.com 813@notices.nextchapterbk.com;harville.williamb115872@notify.bestcase.com |

TOTAL: 4