B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Western District of Virginia

In re: Wanda Calverley Ferguson                Case No. 21-50597

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee for LB-Ranch Series V Trust | U.S. Bank Trust National Association, as Trustee of LB-Tiki Series V Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

SN Servicing Corporation
323 Fifth Street
Eureka CA 95501

| Court Claim # (if known): | 5-1 |
|---|---|
| Amount of Claim: | $118,123.34 |
| Date Claim Filed: | February 4, 2022 |

| Phone: | 800-603-0836 | Phone: | 800-603-0836 |
|---|---|---|---|
| Last Four Digits of Acct #: | 3565 | Last Four Digits of Acct #: | 3565 |

Name and Address where transferee payments should be sent (if different from above):

SN Servicing Corporation
323 Fifth Street
Eureka CA 95501

Phone:   800-603-0836
Last Four Digits of Acct #:   3565

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Todd Rich                                    Date:   March 30, 2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.