# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
*Harrisonburg Division*

| | |
|---|---|
| IN RE:<br>WANDA CALVERLEY FERGUSON<br><br>　　　　　DEBTOR, | CHAPTER　　13<br><br>CASE NO.　　21-50597<br><br>JUDGE:　　REBECCA B. CONNELLY |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR LB-RANCH SERIES V TRUST<br>　　　　　MOVANT,<br>V.<br><br>WANDA CALVERLEY FERGUSON<br>　　　　　DEBTOR,<br><br>KEVIN E. FERGUSON<br>　　　　　CO-DEBTOR,<br><br>ANGELA M. SCOLFORO<br>　　　　　TRUSTEE,<br><br>　　　　　RESPONDENTS. | |

## NOTICE OF DEFAULT PURSUANT TO CONSENT ORDER MODIFYING AUTOMATIC STAY

According to the records of U.S. Bank Trust National Association, as Trustee for LB-Ranch Series V Trust ("Movant"), the Debtor has failed to comply with the terms of the Consent Order Modifying Automatic Stay ("Consent Order") entered by this Court on October 26, 2022, (Doc 36) and an Order Granting Relief from Co-Debtor Stay entered on October 26, 2022. (Doc 37), concerning Movant's predecessor in interests' Motion for Relief from the Automatic Stay.

The Debtor is in default for a total amount of $2,572.92, which includes one (01) regular monthly payment in the amount of $815.04 for the month of April 20, 2023, and two (02) regular monthly payments in the amount of $842.08 for the months of May 20, 2023,

through June 20, 2023, late charges in the amount of $75.02, less unapplied funds in the amount of $51.30, plus $50.00 for reimbursement of attorneys' fees and costs incurred by Movant in filing the Notice of Default. Acceptance of partial payments will not constitute a waiver of Movant's rights to pursue the default in the event the partial payments are not enough to cure the entire default.

The amount required to cure the monetary default is $2,572.92. If the Debtor fails to cure the default, file an objection stating that no default exists, or file an objection stating any other reason why an order granting relief should not be entered within fourteen (14) days of the date of this Notice, Movant may submit a Certificate of Default along with a draft Order terminating the Automatic Stay, which may be entered without further notice to the Debtor. If the automatic stay is terminated, the collateral may be sold at foreclosure.

Cure of the default, in certified funds, should be mailed to:

> LB-Ranch Series V Trust
> SN Servicing Corporation
> P.O. Box 660820
> Dallas, TX 75266-0820

Date: June 30, 2023

Respectfully submitted,

By: /s/ Todd Rich
Todd Rich
Virginia Bar No. 74296
*Attorney for Movant*
**MCMICHAEL TAYLOR GRAY, LLC**
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 470-289-4347
Email: trich@mtglaw.com
MTG File #: 23-000505-03

CERTIFICATE OF SERVICE

The undersigned states that on June 30, 2023, copies of the foregoing Amended Notice of Default were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Angela M. Scolforo (499275)
Office of the Chapter 13 Trustee
123 East Main Street, Suite 310
Charlottesville, VA 22902

William Harville
327 W. Main St., #3
Charlottesville, VA 22903

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Notice of Default to the following non-ECF participants:

Wanda Calverley Ferguson
508 Lee Highway
Staunton, VA 24401

Kevin E. Ferguson
508 Lee Highway
Staunton, VA 24401

    Respectfully submitted,

    By: /s/ Todd Rich
    Todd Rich
    Virginia Bar No. 74296
    *Attorney for Movant*
    **MCMICHAEL TAYLOR GRAY, LLC**
    3550 Engineering Drive, Suite 260
    Peachtree Corners, GA 30092
    Telephone: 470-289-4347
    Email: trich@mtglaw.com
    MTG File #: 23-000505-03